# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
4/4/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV  DEPUTY

Case Number: 2:25-cr-00249-MWC
Defendant Number: 2
U.S.A. v. _____, SOFIA VANESSA HERRERA
Year of Birth: 1978
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): DOL-OIG

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 02/11/22

c. County in which first offense occurred: LOS ANGELES

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[ ] Orange        [ ] Santa Barbara
[ ] Riverside     [ ] San Luis Obispo
[ ] San Bernardino [ ] Other _____

Citation of Offense: 18 USC 1343

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No  [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: N/A

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: ROBERT HELFEND
Phone Number: 3104558343

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number: _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO
IF YES, list language and/or dialect:
N/A

**OTHER**

☐ Male   ☑ Female
☐ U.S. Citizen   ☐ Alien
Alias Name(s)   N/A

This defendant is charged in:
☐ All counts
☑ Only counts: 3-6

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes ☑ No
IF YES, should matter be sealed?   ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud       ☐ public corruption
☐ government fraud                  ☐ tax offenses
☐ environmental issues              ☑ mail/wire fraud
☐ narcotics offenses                ☐ immigration offenses
☐ violent crimes/firearms           ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   __20__   __21__   __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____
N/A

Date   04/04/2025

Signature of Assistant U.S. Attorney
SARAH E. SPIELBERGER
Print Name