BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0596
    Facsimile: (213) 894-0141
    E-mail:   Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00249-MWC |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| SHUKIMBA MALIK CARLIS and SOFIA VANESSA HERRERA, | |
| Defendants. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| **PREVIOUSLY Assigned AUSA** | Sarah Elizabeth Spielberger | sarah.spielberger@usdoj.gov |
| **Newly Assigned AUSA** | Thi Hoang Ho | Thi.Ho@usdoj.gov |

1     Please make all necessary changes to the Court's Case
2 Management/Electronic Case Filing system to ensure that newly
3 assigned AUSA is associated with this case as attorney of record for
4 the United States and that they receive all e-mails relating to
5 filings in this case.

6  Dated: April 11, 2025            Respectfully submitted,

7                                   BILAL A. ESSAYLI
                                    United States Attorney
8
                                    LINDSEY GREER DOTSON
9                                   Assistant United States Attorney
                                    Chief, Criminal Division
10

11                                       */s/ Thi Hoang Ho*
                                    THI HOANG HO
12                                  Assistant United States Attorney

13                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2