# **Exhibit 3**

AFSCME
We Make America Happen

Lee Saunders
President

Elissa McBride
Secretary-Treasurer

Carla Insinga
Judicial Panel Chairperson

Judicial Panel Members:
Michael DeMarco
Staten Island, NY

Jacqueline Galiyano
United Domestic Workers

Denise Gilmore
Baltimore, MD

Nora Grambau
Port Huron, MI

Gerard Jolly
Grove City, OH

Frank Piccioli
Mesa, AZ

Ralph Portwood
Lockport, IL

Steve Tully
Hamilton, NJ

Timm Twardoski
Helena, MT

Tim Warren
Nelsonville, OH

May 23, 2023

**Sent via e-mail to:**

**Charging Parties**
Bonnie Thomas (JPC 22-99)
Hassan Juma-Ramadhan (JPC 22-99)
Tisha Hill-Smith (JPC 22-99)
Chelsea Harris (JPC 22-102)
Joseph Greene (JPC 22-102)
Janelle Fisher (JPC 22-102)

**Accused Parties**
Shukimba Carlis (JPC 22-99 & JPC 22-102)
Sofia Herrera (JPC 22-102)

**Re: JUDICIAL PANEL CASE NO. 22-99**
**Thomas et al. v. Carlis**
**JUDICIAL PANEL CASE NO. 22-102**
**Harris et al. v. Carlis & Herrera**

GREETINGS:

Enclosed is my decision in the above-referenced cases.

In Solidarity,

Carla M. Insinga

Carla Insinga
Judicial Panel Chairperson

CI:spp

cc: Lee Saunders, President
Elissa McBride, Secretary-Treasurer
Cliff Tillman, Interim Executive Director, Council 57
Walter Blair, Regional Director, O&FS
EJ Serrano, Assistant Regional Director, O&FS
Megan Eierman, Assistant Regional Director, O&FS
Ling Esangga, AFSD
Russell Cole, Esq.

**JUDICIAL PANEL CASE (JPC)**
**22-99 Thomas et al. v. Carlis**
**22-102 Harris et al. v. Carlis and Herrera**

The joint cases in this matter involve charges filed by Sisters Bonnie Thomas, Deb Leong, Tisha Hill-Smith, Chelsea Harris and Janelle Fisher, and Brothers Brian Kaufman, Hassan Juma-Ramadhan, and Joseph Greene against Sister Shukimba Carlis and Sofia Herrera, all of whom are members of Local 2620. Local 2620 is affiliated with California District Council 57; the California Labor Federation, AFL-CIO; and other appropriate central bodies of the AFL-CIO.

The Judicial Panel assumed original jurisdiction over JPC 22-99 Thomas et al. v. Carlis on September 27, 2022, and assumed original jurisdiction over JPC 22-102 Harris et al. v. Carlis and Herrera on October 6, 2022, pursuant to Articles X and XI of the International Constitution, and Article VI, Section 2A of the Rules of Procedure of the Judicial Panel. Because there are identical charges alleging the same Article X violation that arises out of the same set of facts or circumstances, the cases were combined on November 4, 2022. On November 9, 2022, the Judicial Panel became aware that the International Union was conducting an audit of Local 2620's finances and subsequently notified the parties that the cases were being held in abeyance until such time as the audit was completed and a report issued. The case was assigned to Judicial Panel Chairperson Carla Insinga after the parties were given an opportunity to strike names from the list of Judicial Panel members, pursuant to Article XI, Section 8 of the International Constitution. Following due notice to all interested parties, the hearing was held on April

26, 2023, via Zoom. All testimony was given under oath and a complete transcript of the proceedings was made by a professional court reporter.

## THE PARTIES

JPC 22-99 Charging Parties Bonnie Thomas, Hassan Juma-Ramadhan and Tisha Hill-Smith were present and were not represented by counsel. JPC 22-102 Charging Parties Chelsea Harris, Joseph Greene, and Jenelle Fisher were present and were not represented by counsel. JPC 22-99 Charging Parties Deb Leong and Brian Kaufman were not present and were dismissed as charging parties in accordance with Article X, Section 14B which requires the person bringing the charges to appear at the trial. Sister Thomas served as the spokesperson on behalf of the Charging Parties in JPC 22-99. Sister Harris served as the spokesperson on behalf of the Charging Parties in JPC 22-102. Sister Harris also represented the parties in JPC 22-99 and 22-102 regarding the charges alleging financial improprieties.

Accused Parties Shukimba Carlis (JPC 22-99 and JPC 22-102) and Sofia Herrera (JPC 22-102) were not present.

## THE CHARGES

**(See attached)**

## EVIDENCE IN SUPPORT OF THE CHARGES

In the matter of the charges in JPC 22-99, Sister Bonnie Thomas testified that on August 8, 2022, the Local 2620 Executive Board passed a motion mandating the Local 2620 Trustees be permitted to conduct an audit of the Local's finances as soon as possible. Subsequently, on August 19, 2022, the decision in JPC 22-49 Choi & Wullschleger v. Carlis ordered that the Trustees be given all the documents they requested to be able to conduct their audit and present their report to the Local membership. Local 2620 President Shukimba Carlis did not comply with the Board motion or the Judicial Panel decision. Rather, on August 29, 2022, President Carlis sent an email stating that she was suspending Trustees Yok Choi and Wanda Wullschleger. On September 2, 2022, the Executive Board motioned to require President Carlis to rescind in writing the suspension of both Trustees, and then voted to suspend Sister Carlis as Local 2620 President mainly for the role she played in obstructing the Trustee audit. (TR 19-23)

Sister Chelsea Harris testified that after Sister Carlis was suspended as Local 2620 President, in accordance with the Local Constitution, she took office as President. She, along with other Board Members, immediately began the process of the Trustee audit by working with Trustees Yok Choi and Wanda Wullschleger to gather documents necessary to conduct the audit. Sister Harris testified that the Trustees had several items that required review, with the main item being credit card statements for President Shukimba Carlis' and Treasurer Sofia Herrera's Union-issued credit cards. She further testified that, "after attempts with the credit card company or a third-party company that

issued the credit card, we were able to get access to those credit card statements that we had not seen in the whole term." (TR 27) Upon reviewing the statements, they "found a number of what appears to be personal charges on all of the credit card statements with Sofia, or Treasurer Herrera, and President Carlis' name on it." (TR 27) Some of the charges included:

- Lulu Lemon, Tory Burch, J. Crew, Anthropology, Spiritual Gangster, and luxury purchases such as Gucci, Louis Vuitton, and Christian Dior, amongst many others, including extended payment services such as Quadpay, which allows you to put items on layaway.
- A flight from Sacramento to San Diego in the name of Mr. Andrew Carlis, who is believed to be the son of Sister Carlis. The flight was purchased close to the time of the Local's convention held in San Diego.
- Point-of-sale purchases made at the register (not online purchases) at Disneyland Resort by Sister Carlis on the 4th of July weekend of 2022 totaling roughly $1,918. Additionally, there were Disneyland Resort tickets totaling approximately $600 purchased in June of 2022.

Sister Harris noted that the aforementioned charges "are violations of the credit card policy that our local has and also not legitimate purchases and are more seen as personal purchases under the Financial Standards Code, Article VII, Section 3." Adding that, "A preliminary report from the trustees that was dated September 23rd, 2022 indicates that the amount of the nonunion charges for clothing, jewelry and accessories through the

President's credit card totals about $183,00.00. There are previously noted additional unauthorized charges on the treasurer's credit card of unknown amounts, as Trustees did not have those cards at the time of the preliminary report." (TR 27-29)

Sister Harris testified that based on the preliminary findings of the Trustee audit, they requested that the International Union conduct an audit of the Local's finances. The Local leadership worked with Brother William Del Pino and his team from the Auditing Department by providing them with documents to complete their audit. A draft report (CP1) was issued by the International's Auditing Department to the Local on February 27, 2023. The Local responded (CP2) to the draft report on March 26, 2023, primarily noting that the Local does have a Credit Card Policy (CP3) in place, and that it was last amended by the Local in 2018. On April 24, 2023, the final report (CP4) was issued by the Auditing Department noting that the final report is the same as the draft but recognizes that the Local's Credit Card Policy had been provided to the International Union.

Sister Harris drew attention to the credit card section of the report noting that the Local had two Master Cards from United Business Bank, both issued in the names of the former President, Shukimba Carlis and former Treasurer, Sofia Herrera. (TR 33) Sister Harris gave a summary of the details provided in the report noting that "the union credit card charges for the period of October 2020 through September 2022, where they were able to gather the final number of the amount of charges that were made which equates to about $545,311.50. There is pretty much no supporting documentation to support any

of the credit card charges, and then of that total amount, about $107,209.94 was made solely by Shukimba and $389,461.53 was made by Sofia." (TR 34)

Sister Harris testified noting the following points of interests identified in the report:

- Multiple high-dollar charges for Amazon, Best Buy, Disney World, New York Ballet, Broadway Tickets, Tory Burch clothing, Anthropology, Nordstrom, etc., adding that, "A number of these – you wouldn't expect to see these on a Union credit card. These, if anything, would look more like personal charges on your personal credit card but not a Union credit card that we use for Union business." (TR 35)
- Expense reports were not prepared for any of the credit card transactions.
- Charges for meals and entertainment were not supported by receipts, nor were they submitted to the Local's bookkeeper for accounting purposes.
- Personal air charges were not supported by receipts, authorization forms or travel authorization forms.
- Personal trips were taken on the Local's credit cards, such as what is believed to be the purchase of airfare for Andrew Carlis (believed to be Shukimba Carlis' son), Disneyland resort tickets, and multiple in-person point-of-sale purchases at the resort itself. There was also the purchase of tickets for recreational/leisure activities like tickets to the New York Ballet.

Sister Janelle Fisher testified that on multiple occasions Shukimba Carlis told her that she has one son named Andrew.

Brother Joseph Greene testified that he has visited the Disneyland resorts several times and knows that the locations where the purchases were made (i.e., Disneyland Emporium and the Gibson Girl Ice Cream Parlor) are not online stores, but physical locations where the credit card would have been used in person by Sister Carlis. (TR 46)

**EVIDENCE IN REFUTATION OF THE CHARGES**

Accused Parties Shukimba Carlis and Sofia Herrera were not present at the trial. Therefore, no evidence was presented in refutation of the charges.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

In the matter of JPC 22-99 the Charging Parties allege that Sister Shukimba Carlis violated Article X, Section 2F of the International Constitution by deliberately not carrying out a decision of the Judicial Panel and the Local 2620 Executive Board. Sister Thomas testified that Sister Carlis was ordered by the Judicial Panel in JPC 22-49 issued on August 19, 2022, and by vote of the Local Executive Board at the August 10, 2022, meeting to provide the Local 2620 Trustees with the documents needed to conduct an audit of the Local's finances to present to the membership in accordance with AFSCME's Financial Standards Code. Rather than comply with the decision and the will of the Local Executive Board, Sister Carlis took steps to obstruct the duties of the Trustees, including suspending them from office, and denied the members' rights to a full accounting of

suspending them from office, and denied the members' rights to a full accounting of Union funds and assets. Shukimba Carlis is guilty of violating Article X, Section 2F of the International Constitution for her, "Refusal or deliberate failure to carry out legally authorized decisions of the International Convention, the International President, the International Executive Board, *the Judicial Panel*, or of the convention or *executive board of a subordinate body of which the accused is a part."*

The Charging Parties in JPC 22-99 and JPC 22-102 also allege financial improprieties and unauthorized purchases made by the Accused Parties which include violations of the Local 2620 Constitution (JP3), the Local 2620 Credit Card Policy (CP3), the AFSCME Financial Standards Code (JP13), and the AFSCME International Constitution (JP1). JPC 22-99 charges Sister Carlis with violating Article XII of the Local 2620 Constitution which states,

> "Section 6. The executive board shall authorize disbursements other than regular and routine disbursements approved within a budget, in advance. When the executive board is not in session, a majority of the executive officers may authorize disbursements, to be reviewed by the executive board at its next regularly scheduled meeting."

JPC 22-102 charges Sister Carlis and Sister Herrera with violating Article VII, Section 3 of the Financial Standards Code and Article X, Section 2B of the AFSCME International Constitution, which state, respectively,

> "Section 3. The affiliate must not pay the credit card company for any charges incurred on a union-owned credit card without all of the charges adequately documented. Any individual authorized to use the affiliate's credit card must provide an itemized expense report accounting for each

> and every charge, as well as provide an explanation of the union purpose of each charge. The actual credit card receipt and the itemized sales slip must be attached to the expense report. Personal charges on the affiliate's credit card are strictly prohibited and under no circumstances should the affiliate make a payment directly to a credit card company for an individual's personal credit card."

And,

> "Section 2B. Misappropriation, embezzlement, or improper or illegal use of union funds."

Based on the testimony provided by Sister Chelsea Harris on behalf of the Charging Parties in JPC 22-99 and JPC 22-102, and the audit report (CP4) prepared by the International Union Audit Department, it is evident that Shukimba Carlis and Sofia Herrera intentionally used Union funds to enrich themselves and were at the very least grossly negligent with the finances of Local 2620. They showed complete disregard to the Local Constitution, the Local Credit Card Policy, and the AFSCME Financial Standards Code which all affiliates are obligated to adhere to. Their unauthorized, undocumented expenses clearly did not serve a legitimate union purpose as required by the Financial Standards Code, and violated the Local Constitution, the Local Credit Card Policy, and the AFSCME Financial Standards Code. Therefore, they are found guilty of improper and illegal use of the Local's funds.

**DECISION**

Shukimba Carlis and Sofia Herrera are found guilty of all charges. They are expelled from membership.

In addition, Shukimba Carlis is directed to make full restitution to Local 2620 in the amount of $107,209.94 within 30 days of this decision. Sofia Herrera is directed to make full restitution to Local 2620 in the amount of $389,461.53 within 30 days of this decision.

May 23, 2023
Harrisburg, PA

Carla Insinga
Judicial Panel Chairperson
AFSCME, AFL-CIO

September 16, 2022

DEFENDANT

SHUKIMBA CARLIS, PRESIDENT, AFSCME COUNCIL 57, LOCAL 2620

1. The Defendant is hereby charged with violation of ARTICLE X, Section 2F, of the AFSCME International Constitution of deliberately not carrying out legally authorized decisions of the Judicial Panel and the Executive Board.

A. On August 10, 2022, the Executive Board passed a motion for the Trustee Audit to be conducted "ASAP".

B. On August 19, 2022, the Judicial Panel "ordered that the Trustees be given all the documents they requested immediately to be able to conduct their own audit to present to the membership."

C. On August 16, 2022, the Trustee Yok Choi attempted to collaborate with the Local 2620 Treasurer to complete the Trustee Audit by offering two sets of date ranges for the audit and requesting a list of union documents to be readily available for the in-person audit.

D. On or about August 23, 2022, the Travel Authorizations for the second set of dates for the Trustees to complete the audit were denied by the President.

E. On August 23, 2022, the President emailed the Trustees indicating no assistance would be provided until the Treasurer's return from vacation.

F. On August 29, 2022, the President sent an email to Trustee Yok Choi suspending her as a steward and as a member of AFSCME Local 2620. The email also indicated "You are not allowed to engage in any Union related activities or business until further notice." The President also sent an email to the Executive Board on August 29, 2022, indicating that the President has unilaterally suspended both Trustees Yok Choi and Wanda Wullschleger.

G. On September 2, 2022, the Executive Board passed one (1) motion requiring the President to rescind in writing the suspension of both Trustees and second (2) motion suspending the President for conduct dangerous to AFSCME Council 57 Local 2620. President Carlis was provided meeting minutes from the September 2, 2022, Special Board Meeting outlining the approved motions. To date, the first above motion has not been carried out in that the Trustees have not been notified that their "suspension" as stewards and members has been rescinded.

2. The Defendant is also charged with violation of Article XII of the Constitution of AFCME Council 57 Local 2620 in that she proceeded to authorize expenses not previously approved by the Executive Board in the budget, or in any modification thereof, and not approved by the Executive Officers or the Executive Board:

A. Expenses related to the sending out of gift cards in the sum of $25 to member in early 2022.

B. Expenses related to the travel to the State of New York for the Executive Officers to transact business with a banking institution that could have been successfully completed in a method other than in person travel.

C. Expenses related to the sending of members of AFSCME Council 57 Local 2620 who were not duly elected Delegates to the AFSCME's International Convention.

D. Other expenses not disclosed to the Executive Board due to the failure of the Local 2620 Treasurer to disclose to the Executive Board all expenses incurred by the officers on credit card accounts paid for by the union or by other means at Board Meetings.

3. IMMINENT DANGER TO THE REPUTATION AND FINANCIAL INTEGRITY OF AFSCME. The Local 2620 Executive Board is not aware of its current financial status. All actions taken by this Executive Board have been to learn and understand the Union's financial accounting and spending. Media outlets have been following this situation, for example, the Sacramento Bee article. Due to the multiple JP decisions, President's statements, and President's actions of not adhering to Board motions to ensure financial accountability, this Board has taken the careful action to suspend the President. This suspension will allow the Trustees to conduct their audit with no additional obstacles and preventable delays.

bmt error

~~Electronically~~ Signed by:

BONNIE THOMAS Bonnie Maria Thomas

DEB LEONG

BRIAN KAUFMAN

HASSAN JUMA-RAMADHAN

TISHA HILL-SMITH

Dues paying members in good standing AFSCME COUNCIL 57 LOCAL 2620

Local 2620 AFSCME
We Make California Happen

| AFSCME Council 57, Sacramento Office | AFSCME Council 57, Burbank Office |
|---|---|
| 2295 Gateway Oaks Drive, Suite 140<br>Sacramento, California 95833<br>(916) 923-1860<br>(916) 923-1877 fax | 2550 N Hollywood Way, #209<br>Burbank, California 91505<br>(800) 698-6553<br>(818) 847-2523 fax |

Date: September 28, 2022

Madame Chair-

On September 22, 2022, Acting President Chelsea Harris, Southern Vice President Joseph Greene, and Secretary Janelle Fisher, Executive Officers for AFSCME Local 2620 were assisting with the Trustee audit of AFSCME Local 2620's finances. One of the items required for the audit was the credit card statements for the President's (issued to Sister Shukimba Carlis) and the Treasurer's (issued to Sister Sofia Herrera) credit cards. Upon receipt of the card statements it was immediately apparent that there were a number of irregularities with regards to purchases unrelated to union business. Specifically, multiple charges totaling over $150,000 dollars were made for clothing, jewelry, and accessories.

The most numerous items purchased were from clothing stores, including Lululemon, Tory Burch, J Crew, Anthropologie, and Spiritual Gangsta. Additionally, there were purchases made from Gucci, Louis Vuitton, and Christian Dior. Other charges, many of which were later reversed, were for extended-payment services such as Quadpay.

One specific purchase which also stood out was a Southwest airline ticket for Andrew Carlis from Sacramento to San Diego on 8/8/22 and returning on 8/15/22 to Sacramento in the amount of $287.95. Mr. Carlis is not a member of AFSCME Local 2620, but is likely a family member of Sister Carlis, in whose name the card was issued.

Additional charges which can be clearly attributed to Sister Carlis are purchases made on the President's credit card at and near Disneyland resorts between 7/2/22 and 7/5/22. These purchases would have been at a point of sale register, requiring that Sister Carlis use the card in person, and were not online purchases. These charges total approximately $1,918 dollars. Additionally there is a purchase for Disneyland resort tickets totaling $590.00. dated 6/10/22.

These are violations of AFSCME credit card policies which mandate that union credit cards be only used for legitimate union purposes and may not be used for personal use under any circumstances (FSC, Article VII, Section 3).

A preliminary report from the AFSCME Local 2620 Trustees dated 9/23/22 indicates that the amount of non-union charges for clothing, jewelry and accessories to the President's credit card totals approximately $183,000.00. There are, as previously noted, additional unauthorized charges on the Treasurer's credit card of unknown amounts as the Trustees did not have those cards at the time of the preliminary report.

It is not clear, at this time, if the majority of those purchases represent misappropriation of funds on the part of Sister Carlis or Sister Herrera or if they are the result of third-party credit card fraud from online purchases. However, there is certainly evidence that the airline ticket for Andrew Carlis and the purchases

Local 2620 AFSCME
We Make California Happen


| AFSCME Council 57, Sacramento Office<br>2295 Gateway Oaks Drive, Suite 140<br>Sacramento, California 95833<br>(916) 923-1860<br>(916) 923-1877 fax | AFSCME Council 57, Burbank Office<br>2550 N Hollywood Way, #209<br>Burbank, California 91505<br>(800) 698-6553<br>(818) 847-2523 fax |
| --- | --- |


made at Disneyland, as well as the Disneyland park tickets, were done with Sister Carlis' full knowledge and participation.

It is therefore my unfortunate duty to recommend that Sister Carlis be charged with violation of Article X, Section 2, Subsection B of the AFSCME Constitution (Misappropriation, embezzlement, or improper or illegal use of union funds), for the specific expenditures noted above which can be directly attributed to Sister Carlis, which at this time total roughly $2,795. We additionally request that an audit of other expenditures, primarily those related to clothing, jewelry, and accessories which are clearly not union related charges be conducted by the AFSCME International Union auditors to determine the nature of the charges and, if possible, the person or persons responsible for those charges.

Respectfully submitted,

Acting President Chelsea Harris

Southern Vice President Joseph Greene

Secretary Janelle Fisher