UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOFIA VANESSA HERRERA,<br><br>Defendant. | Case No. 2:25-cr-00249-MWC-2<br><br>**ORDER GRANTING *EX PARTE* REQUEST TO CONTINUE SENTENCING (DKT. [54])** |

The Court, having received and reviewed Defendant Sofia Vanessa Herrera's request to continue sentencing from September 25, 2026, to November 13, 2026 (the "Request"), *see* Dkt. # 54, **GRANTS** the Request and **CONTINUES** Ms. Herrera's sentencing to November 13, 2026, at 10:00 a.m. in Courtroom 6A.

**IT IS SO ORDERED.**

DATED: September 22, 2026

Hon. Michelle Williams Court
United States District Judge