UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOFIA VANESSA HERRERA,

Defendant.

No. 2:25-cr-00249-MWC-2

**ORDER GRANTING REQUEST TO APPEAR REMOTELY (DKT. [56])**

The Court, having considered the United States of America's *Ex Parte* Application for Authorization for Witnesses to Appear Remotely for defendant Sofia Vanessa Herrea's sentencing hearing and the Declaration of AUSA Thi Hoang Ho, and finding good cause therefor, **GRANTS** the *Ex Parte* Application (Dkt. # 56). The Court **ORDERS** that Carl L. Miller and Fernando Colon may appear remotely for Defendant's sentencing hearing. The government **SHALL** coordinate with the Courtroom Deputy to ensure that Mr. Miller and Mr. Colon may be able to appear by telephone or Zoom.

**IT IS SO ORDERED.**

September 22, 2026
DATE

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE