UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. SOFIA VANESSA HERRERA
Case No. 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT E

## Amalgamated Bank Account Records

Signature resolution and designation of authorized signers for Local 2620's general fund checking account and its political action committee checking account, executed in person by five officers, including Sofia Vanessa Herrera as Treasurer, at Amalgamated Bank on January 3, 2022.

7:45

New York - Midtown West

January 5, 2022 8:29 PM

LIVE

**One Signer Required for Withdrawals**

AFSCME LOCAL 2620 POLITICAL ACTION COMMITTEE

| | |
|---|---|
| 1-4-22 | 1-4-22 |
| By: SHUKIMBA MALIKI CARLIS Date<br>Its: PRESIDENT | By: SOFIA HERRERA CORONADO Date<br>Its: TREASURER |
| 01/04/22 | 1/4/22 |
| By: JANELLE FISHER Date<br>Its: SECRETARA | By: JOSEPH GREENE Date<br>Its: SOUTHERN VICE PRESIDENT |
| 1/4/22 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| By: CHELSEA HARRIS Date<br>Its: NORTHERN VICE PRESIDENT | |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | |

© 2001-2021 Compliance Systems, LLC 7635ebce-f1229188 - 2021.101.26.3

7:45

New York - Midtown West

January 5, 2022 8:29 PM

LIVE

| | | | |
|---|---|---|---|
| **Signer:** | SHUKIMBA MALIKI CARLIS | Tax ID Number: | XXX-XX-8739 |
| Address: | 532 BELLA VISTA DR<br>SUISUN CITY, CA 94585 | Date of Birth: | March 28, 1974 |
| | | Not Assigned: | 0 |
| Title/Capacity: | PRESIDENT | | |

| | | | |
|---|---|---|---|
| **Signer:** | SOFIA HERRERA CORONADO | Tax ID Number: | XXX-XX-2281 |
| Address: | 6801 LEISURE TOWN RD<br>VACAVILLE, CA 95688 | Date of Birth: | June 28, 1978 |
| | | Business: | (818)468-5026 |
| Title/Capacity: | TREASURER | | |

Identification Document
PS: 596704487
ID Issuing Location: US
ID Issue Date: November 8, 2018
ID Expiration: November 7, 2028

| | | | |
|---|---|---|---|
| **Signer:** | JANELLE FISHER | Tax ID Number: | XXX-XX-0124 |
| Address: | 7533 28TH ST<br>N HIGHLANDS, CA 95660 | Date of Birth: | May 15, 1983 |
| | | Cellular: | (279)234-1200 |
| Title/Capacity: | SECRETARY | | |

| | | | |
|---|---|---|---|
| **Signer:** | JOSEPH GREENE | Tax ID Number: | XXX-XX-6398 |
| Address: | 2266 DENAIR AVE APT 421<br>HIGHLAND, CA 92346 | Date of Birth: | September 4, 1969 |
| | | Cellular: | (909)915-5696 |
| Title/Capacity: | SOUTHERN VICE PRESIDENT | | |

Identification Document
PS: C23403190
ID Issuing Location: US
ID Issue Date: August 25, 2020
ID Expiration: August 24, 2030

| | | | |
|---|---|---|---|
| **Signer:** | CHELSEA HARRIS | Tax ID Number: | XXX-XX-0598 |
| Address: | 705 WINDSOR<br>HERCULES, CA 94547 | Date of Birth: | November 3, 1990 |
| | | Cellular: | (510)673-6789 |
| Title/Capacity: | NORTHERN VICE PRESIDENT | | |

Identification Document
PS: 502052125
ID Issuing Location: US
ID Issue Date: January 23, 2013
ID Expiration: January 22, 2023

7:45

**New York - Midtown West**

January 5, 2022 8:29 PM

LIVE

**TAXPAYER IDENTIFICATION NUMBER (T.I.N.) CERTIFICATION** | 95-3978893

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined in the instructions for the IRS Form W-9), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

**Signature of U.S. person:**

S. Carlis 1/4/22

SHUKIMBA MALIKI CARLIS Date

Exemptions (see IRS Form W-9 instructions)

Exempt payee code (if any) ________

Exemption from FATCA reporting code (if any) ________

New York - Midtown West
January 5, 2022 8:30 PM
LIVE

**ACCOUNT INFORMATION**
**CHECKING ACCOUNT**

**Amalgamated Bank**
**Member FDIC**
**255 California Street, Suite 600**
**San Francisco, California 94111**
**(415)995-8100**

**ACCOUNT TITLE AND ADDRESS**
AFSCME LOCAL 2620
"GENERAL FUND"
2550 N HOLLYWOOD WAY STE 209
BURBANK, CA 91505

**This is a Change to an Existing Account Information, Checking Account, effective January 3, 2022.**

| ACCOUNT OPEN DATE | ACCOUNT NUMBER | OWNERSHIP TYPE | PRODUCT NAME | INITIAL DEPOSIT |
|---|---|---|---|---|
| June 10, 2014 | 1110[illegible]3 | Association or Organization | COMMERCIAL LITE CHECKING | $0.00 |

**BUSINESS ENTITY INFORMATION**

| | |
|---|---|
| Name: | AFSCME LOCAL 2620 |
| Address: | 2550 N HOLLYWOOD WAY STE 209<br>BURBANK, CA 91505 |
| Contact Name: | SHUKIMBA MALIKI CARLIS |
| Contact Title: | PRESIDENT |
| Contact Phone: | 510-914-0369 |

| | |
|---|---|
| Business Filing State: | CA |
| Date Established: | January 9, 1967 |
| Nature of Business: | LOCAL UNION |
| NAICS/ISIC Code: | 813930 |
| Resolution Date: | January 3, 2022 |

**Customer does not engage in Internet Gambling.**

**DEFINITIONS.** "You," "your," and "account owner" refer to the Customer, whether or not there are one or more Customers named on the account, and the terms "we," "us," and "our" refer to the Bank, Amalgamated Bank.

**ADDITIONAL TERMS.**
**General.** Welcome to Amalgamated Bank, "Member FDIC". We are pleased that you decided to open an account with us. This Agreement and Disclosure ("Agreement"), together with any accompanying disclosures, contain the general rules, regulations, terms and conditions and other disclosures for the accounts and services you selected, and constitute the agreement between you and Amalgamated Bank. By signing an application or signature cards or by using these accounts or services, you and anyone else identified as an owner of the account agree to these rules, regulations, terms and conditions in this Agreement. Other accounts that you may have, such as IRAs or loans, are covered in separate disclosures, as amended from time to time. This Agreement, and your and our rights and obligations under this Agreement, are governed by and interpreted according to federal law and the law of the state where your account is located. Accounts and services established through our online website will be domiciled in New York State. If you have a product that is not a deposit account, such as a gift card or prepaid debit card, this Agreement does not apply to that product. Also other services, such as Online Banking or retirement accounts, have additional agreements. If another more specific agreement and this one conflict, the more specific agreement will govern. Any reference in our other agreements or disclosures to terms and conditions that govern your deposit accounts with us shall mean this Agreement.

Please familiarize yourself with the information provided, so you will be able to take maximum advantage of the opportunities and programs available at Amalgamated Bank. The words "we", "us", "our", and "Bank" refer to Amalgamated Bank; the words "you", "your", and "yours" refer to the depositor(s) opening the account and each and every other person with authority to withdraw funds from the account or otherwise operate the account.

**Information on Your Accounts** — You can access your account and get information about your accounts: (i) at our branches and, for ATM/debit cardholders, at our ATMs; (ii) through our Online Banking service at amalgamatedbank.com; and (iii) by calling Customer Support Service at **1-800-699-3679**. You can locate our nearest branch or ATM by visiting our website at amalgamatedbank.com or by using our mobile application.

**Privacy** — Amalgamated Bank is committed to providing you with quality services and products, while ensuring that information you share with us remains confidential. Maintaining your trust in us to effectively safeguard your information is our priority and measures to do so are taken. Our privacy policy is described in our Privacy Notice. Our privacy policy describes our policy on handling nonpublic personal information and describes the situations when we may disclose information, including some examples. You can also review our privacy practices on our website at amalgamatedbank.com. You may also request a copy of our Privacy Notice at one of our branches.

**Information You Give Us** — When you open an account with us, you give us information about yourself and confirm that it is correct. We enter the information into our records. We may rely on that information until you notify us of a change, and we have had reasonable time to act on the new information.

New York - Midtown West
January 5, 2022 8:30 PM
LIVE

**ACCOUNT INFORMATION**
**CHECKING ACCOUNT**

**Amalgamated Bank**
**Member FDIC**
**255 California Street, Suite 600**
**San Francisco, California 94111**
**(415)995-8100**

**ACCOUNT TITLE AND ADDRESS**
AFSCME LOCAL 2620
"GENERAL FUND"
2550 N HOLLYWOOD WAY STE 209
BURBANK, CA 91505

**This is a Change to an Existing Account Information, Checking Account, effective January 3, 2022.**

| ACCOUNT OPEN DATE | ACCOUNT NUMBER | OWNERSHIP TYPE | PRODUCT NAME | INITIAL DEPOSIT |
|---|---|---|---|---|
| June 10, 2014 | 11100409[illegible] | Association or Organization | COMMERCIAL LITE CHECKING | $0.00 |

**BUSINESS ENTITY INFORMATION**

| | |
|---|---|
| Name: | AFSCME LOCAL 2620 |
| Address: | 2550 N HOLLYWOOD WAY STE 209<br>BURBANK, CA 91505 |
| Contact Name: | SHUKIMBA MALIKI CARLIS |
| Contact Title: | PRESIDENT |
| Contact Phone: | 510-914-0369 |

| | |
|---|---|
| Business Filing State: | CA |
| Date Established: | January 9, 1965 |
| Nature of Business: | LOCAL UNION |
| NAICS/ISIC Code: | 813930 |
| Resolution Date: | January 3, 2022 |

**Customer does not engage in Internet Gambling.**

**DEFINITIONS.** "You," "your," and "account owner" refer to the Customer, whether or not there are one or more Customers named on the account, and the terms "we," "us," and "our" refer to the Bank, Amalgamated Bank.

**ADDITIONAL TERMS.**

**General.** Welcome to Amalgamated Bank, "Member FDIC". We are pleased that you decided to open an account with us. This Agreement and Disclosure ("Agreement"), together with any accompanying disclosures, contain the general rules, regulations, terms and conditions and other disclosures for the accounts and services you selected, and constitute the agreement between you and Amalgamated Bank. By signing an application or signature cards or by using these accounts or services, you and anyone else identified as an owner of the account agree to these rules, regulations, terms and conditions in this Agreement. Other accounts that you may have, such as IRAs or loans, are covered in separate disclosures, as amended from time to time. This Agreement, and your and our rights and obligations under this Agreement, are governed by and interpreted according to federal law and the law of the state where your account is located. Accounts and services established through our online website will be domiciled in New York State. If you have a product that is not a deposit account, such as a gift card or prepaid debit card, this Agreement does not apply to that product. Also other services, such as Online Banking or retirement accounts, have additional agreements. If another more specific agreement and this one conflict, the more specific agreement will govern. Any reference in our other agreements or disclosures to terms and conditions that govern your deposit accounts with us shall mean this Agreement.

Please familiarize yourself with the information provided, so you will be able to take maximum advantage of the opportunities and programs available at Amalgamated Bank. The words "we", "us", "our", and "Bank" refer to Amalgamated Bank; the words "you", "your", and "yours" refer to the depositor(s) opening the account and each and every other person with authority to withdraw funds from the account or otherwise operate the account.

**Information on Your Accounts** — You can access your account and get information about your accounts: (i) at our branches and, for ATM/debit cardholders, at our ATMs; (ii) through our Online Banking service at amalgamatedbank.com; and (iii) by calling Customer Support Service at **1-800-699-3679**. You can locate our nearest branch or ATM by visiting our website at amalgamatedbank.com or by using our mobile application.

**Privacy** — Amalgamated Bank is committed to providing you with quality services and products, while ensuring that information you share with us remains confidential. Maintaining your trust in us to effectively safeguard your information is our priority and measures to do so are taken. Our privacy policy is described in our Privacy Notice. Our privacy policy describes our policy on handling nonpublic personal information and describes the situations when we may disclose information, including some examples. You can also review our privacy practices on our website at amalgamatedbank.com. You may also request a copy of our Privacy Notice at one of our branches.

**Information You Give Us** — When you open an account with us, you give us information about yourself and confirm that it is correct. We enter the information into our records. We may rely on that information until you notify us of a change, and we have had reasonable time to act on the new information.

New York - Midtown West
January 5, 2022 8:30 PM
LIVE

**One Signer Required for Withdrawals**

AFSCME LOCAL 2620

| | |
|---|---|
| By: SHUKIMBA MALIKI CARLIS — Date<br>Its: PRESIDENT | By: SOFIA HERRERA CORONADO — Date<br>Its: TREASURER |
| By: JANELLE FISHER — Date<br>Its: SECRETARY | By: JOSEPH GREENE — Date<br>Its: SOUTHERN VICE PRESIDENT |
| By: CHELSEA HARRIS — Date<br>Its: NORTHERN VICE PRESIDENT | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | |

New York - Midtown West
January 5, 2022 8:31PM
LIVE

| | | | |
|---|---|---|---|
| **Signer:** | SHUKIMBA MALIKI CARLIS | Tax ID Number: | XXX-XX-8739 |
| Address: | 532 BELLA VISTA DR<br>SUISUN CITY, CA 94585 | Date of Birth: | March 28, 1974 |
| | | Not Assigned: | 0 |
| Title/Capacity: | PRESIDENT | | |

| | | | |
|---|---|---|---|
| **Signer:** | SOFIA HERRERA CORONADO | Tax ID Number: | XXX-XX-2281 |
| Address: | 6801 LEISURE TOWN RD<br>VACAVILLE, CA 95688 | Date of Birth: | June 28, 1978 |
| | | Business: | (818)468-5026 |
| Title/Capacity: | TREASURER | | |

Identification Document
PS: 596704487
ID Issuing Location: US
ID Issue Date: November 8, 2018
ID Expiration: November 7, 2028

| | | | |
|---|---|---|---|
| **Signer:** | JANELLE FISHER | Tax ID Number: | XXX-XX-0124 |
| Address: | 7533 28TH ST<br>N HIGHLANDS, CA 95660 | Date of Birth: | May 15, 1983 |
| | | Cellular: | (279)234-1200 |
| Title/Capacity: | SECRETARY | | |

| | | | |
|---|---|---|---|
| **Signer:** | JOSEPH GREENE | Tax ID Number: | XXX-XX-6398 |
| Address: | 2266 DENAIR AVE APT 421<br>HIGHLAND, CA 92346 | Date of Birth: | September 4, 1969 |
| | | Cellular: | (909)915-5696 |
| Title/Capacity: | SOUTHERN VICE PRESIDENT | | |

Identification Document
PS: C23403190
ID Issuing Location: US
ID Issue Date: August 25, 2020
ID Expiration: August 24, 2030

| | | | |
|---|---|---|---|
| **Signer:** | CHELSEA HARRIS | Tax ID Number: | XXX-XX-0598 |
| Address: | 705 WINDSOR<br>HERCULES, CA 94547 | Date of Birth: | November 3, 1990 |
| | | Cellular: | (510)673-6789 |
| Title/Capacity: | NORTHERN VICE PRESIDENT | | |

Identification Document
PS: 502052125
ID Issuing Location: US
ID Issue Date: January 23, 2013
ID Expiration: January 22, 2023

© 2001-2021 Compliance Systems, LLC 7625a6ce-6390e095 - 2021.101.26.3

New York - Midtown West

January 5, 2022 8:31PM

LIVE

**RESOLUTION**
**ASSOCIATION OR ORGANIZATION**

**Amalgamated Bank**
**Member FDIC**
**255 California Street, Suite 600**
**San Francisco, California 94111**
**(415)995-8100**

**BUSINESS ENTITY NAME AND ADDRESS**

AFSCME LOCAL 2620
"GENERAL FUND"
2550 N HOLLYWOOD WAY STE 209
BURBANK, CA 91505

**This Resolution supersedes all previous Resolutions, effective January 3, 2022.**

| DATE OF RESOLUTION | ACCOUNT NUMBER | Tax Identification Number |
|---|---|---|
| January 3, 2022 | DD 111004093 | XX-XXX3719 |

By signing below, I certify to Amalgamated Bank ("Financial Institution") that: I am the Certifier of the above named Association or Organization ("Association"), validly organized and operating under the laws of the State of California; the following is a true and complete copy of the Resolution, properly adopted at a duly called meeting held on January 3, 2022 by a quorum of the Association's officers in accordance with the By-Laws of the Association, if any; this Resolution is contained in the minutes of that meeting and that such Resolution is still in force and effect and has not been amended or rescinded, and was and still is in accordance with the By-Laws of the Association, if any; the Financial Institution has been provided a true and complete copy of the By-Laws of the Association, if any; the Financial Institution has been provided a true and complete copy of the By-Laws of the Organization, if any, as in effect as of the date of this Resolution; provided below are the correct names, titles, and genuine signatures of the persons authorized to exercise the powers provided in the Resolution ("Authorized Signers"); and the Financial Institution may rely upon my certification as to my authority to execute this Resolution and to make the representations in this Resolution.

**IT IS RESOLVED:**

**The Authorized Signers shall possess the powers indicated as contained in this Resolution.**

**DEPOSITORY ACCOUNT.** Perform the following activities in regards to the depository account(s) indicated above in the name of the Organization, subject to any terms and conditions governing the account(s), including:

- **Account Opening and Maintenance.** Open and maintain the Organization account(s).
  Number of signers required: 01
- **Make Deposits.** Make deposits to the Organization account(s).
  Number of signers required: 01
- **Endorsements.** Endorse for negotiation, negotiate, and receive the proceeds of any negotiable instrument, check, draft, or order for the payment of money payable to or belonging to the Organization, by writing, stamp, or other means permitted by this Resolution without the designation of the person endorsing.
  Number of signers required: 01
- **Make withdrawals.** Make withdrawals from the Organization account(s) in any manner permitted by the account(s) regardless whether such action will create or increase an overdraft of the involved account.
  Number of signers required: 01
- **Transfer Funds.** Transfer funds from the Organization account(s) in Financial Institution to any account whether or not held at this Financial Institution and whether or not held by this Organization and execute any agreements related to such transfers.
  Number of signers required: 01
- **Approve, Endorse, Guarantee and Identify Payees.** Approve, endorse, guarantee, and identify the endorsement of any payee or any endorser of any negotiable instrument, check, draft, or order for the payment of money whether drawn by the Organization or anyone else and guarantee the payment of any negotiable instrument, check, draft, or order for the payment of money.
  Number of signers required: 01
- **Delegate Authority.** Delegate to others the authority to approve, endorse, guarantee, and identify the endorsement of any payee or endorser on any negotiable instrument, check, draft, or order for the payment of money and to guarantee the payment of any such negotiable instrument, check, draft, or order for the payment of money.
  Number of signers required: 01

**IT IS FURTHER RESOLVED THAT:**

7:45

New York - Midtown West

January 5, 2022 8:31 PM

LIVE

**TAXPAYER IDENTIFICATION NUMBER (T.I.N.) CERTIFICATION** 95-3213719

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined in the instructions for the IRS Form W-9), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item **2** does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

**Signature of U.S. person:**

S. Carlis 1/4/22

SHUKIMBA MALIKI CARLIS Date

Exemptions (see IRS Form W-9 instructions)

Exempt payee code (if any) ____________

Exemption from FATCA reporting code (if any) ____________

7:45

SOS

**New York - Midtown West**

January 5, 2022 8:31 PM

LIVE

**DESIGNATION OF AUTHORIZED SIGNERS**

| NAME/TITLE | SIGNATURE | AUTHORITY CODE/LIMITATIONS |
|---|---|---|
| SHUKIMBA MALIKI CARLIS<br>PRESIDENT | [signature] | Account Opening and Maintenance; Make Deposits; Endorsements; Make Withdrawals; Transfer Funds; Approve, Endorse, Guarantee and Identify Payees; Delegate Authority |
| SOFIA HERRERA CORONADO<br>TREASURER | [signature] | Account Opening and Maintenance; Make Deposits; Endorsements; Make Withdrawals; Transfer Funds; Approve, Endorse, Guarantee and Identify Payees; Delegate Authority |
| JANELLE FISHER<br>SECRETARY | [signature] | Account Opening and Maintenance; Make Deposits; Endorsements; Make Withdrawals; Transfer Funds; Approve, Endorse, Guarantee and Identify Payees; Delegate Authority |
| JOSEPH GREENE<br>SOUTHERN VICE PRESIDENT | [signature] | Account Opening and Maintenance; Make Deposits; Endorsements; Make Withdrawals; Transfer Funds; Approve, Endorse, Guarantee and Identify Payees; Delegate Authority |
| CHELSEA HARRIS<br>NORTHERN VICE PRESIDENT | [signature] | Account Opening and Maintenance; Make Deposits; Endorsements; Make Withdrawals; Transfer Funds; Approve, Endorse, Guarantee and Identify Payees; Delegate Authority |

**By signing this Resolution, I acknowledge reading, understanding, and agreeing to all of its provisions and certify, personally and on behalf of the Organization, that all statements made in this Resolution are true and correct.**

S. Carlis 1/4/22

SHUKIMBA MALIKI CARLIS — Date

Certifier