UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. SOFIA VANESSA HERRERA
Case No. 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT F

## Convention Committee Budget

Local 2620 convention committee budget for the union convention held at the San Diego Sheraton, including a casino night event itemized as a budgeted line item.

| | | | | |
|---|---|---|---|---|
| | | | | San Diego Sheraton<br>1380 Harbor Island Dr.<br>San Diego, CA |
| 4. | Establish a budget for the convention committee | Cliff, Tisha, Sofia, Shukimba | DONE | Approved for $320,235 |
| 5. | Budget Breakdown | Shukimba, Cliff,Tisha, and Sofia | DONE | Union Leave<br>Travel<br>Hotel<br>Rental Van : Andy Neves<br>DJ<br>Decorations<br>Welcome In-Room Gift<br>Banquet<br>Food Convention Day<br>Breakfast<br>Lunch<br>Dinner<br>Swag - $30,000<br>Casino<br>Carnival (included on carnival cost)<br>Misc. items<br>Projectors, Screen, & audio<br>Interpreters and assistive tech<br>Food for large occupational meeting<br>- Breakfast & Lunch<br>Union leave for Committee members |
| 6. | Select a Chair | President Carlis | DONE | Sofia & Tisha (Barbara will help Tisha when Sofia is |